UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Erin Carter v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10037-DRH |
| *Kathryn Le May v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12473-DRH |
| *Rebecca Lewis v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10774-DRH |
| *Michelle Ripple v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11174-DRH |
| *Ashley Smith v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11390-DRH |
| *Karen Stokes v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10549-DRH |
| *Wendy Tittle v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13273-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on September 23, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                            **JUSTINE FLANAGAN,**
                                            **ACTING CLERK OF COURT**

                                            BY: _/s/*Caitlin Fischer*_
                                                          **Deputy Clerk**

Date: September 25, 2014

Digitally signed by David R. Herndon
Date: 2014.09.25 23:34:32 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT